1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  SEEMA AHMAD (Bar No. 270992)
   (E-Mail: Seema_Ahmad@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-4787
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   Luis Manuel Flores Garcia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-MJ-1508 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| LUIS MANUEL FLORES GARCIA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that at the request of defense counsel, the bail hearing scheduled for June 28, 2018 at 10am is taken off-calendar.

Dated: June 27, 2018

_____
HONORABLE JEAN P. ROSENBLUTH
United States Magistrate Judge

Presented by:

*/s/ Seema Ahmad*
Deputy Federal Public Defender